IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 4:08CR3025 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| MATTHEW GENTRY, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant Matthew Gentry's Unopposed Motion to Continue Dispositional Hearing (filing no. 112), presently set for September 14, 2012, for a period of at least thirty (30) days.  The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Defendant Gentry's dispositional hearing is rescheduled to Thursday, October 18, 2012, at 12:00 noon.

DATED this 5th day of September, 2012.

BY THE COURT:

*Richard G. Kopf*

The Honorable Richard G. Kopf
Senior United States District Judge